IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEONARD HADLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 16-00103-JPG |
| | ) |
| **DR. LARSON,** | ) |
| **PHILLIP McLAURIN,** | ) |
| **VILLAGE OF CAHOKIA,** | ) |
| **and SHERIFF JOHN DOE,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF IMPENDING DISMISSAL

**GILBERT, District Judge:**

Plaintiff Leonard Hadley filed this action pursuant to 42 U.S.C. § 1983 against officials at St. Clair County Jail ("Jail") who allegedly denied him adequate medical care for an undisclosed terminal illness during his pretrial detention at the Jail in January 2016. (Doc. 1). On April 20, 2016, this Court entered an Order (Doc. 13) dismissing Plaintiff's Amended Complaint[1] (Doc. 11) without prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A. Plaintiff was granted leave to file a Second Amended Complaint on or before May 26, 2016. (Doc. 13, pp. 8-9). He was warned that failure to meet this deadline would result in the dismissal of this action with prejudice. (*Id*.).

The Order (Doc. 13) was mailed to Plaintiff at the address he provided to the Court in a Notice of Change of Address (Doc. 9) dated February 8, 2016: 515 St. Paul Drive, Cahokia, IL 62206. On May 10, 2016, the Order was returned to this Court as undeliverable. (Doc. 14).

---

[1] The Complaint (Doc. 1) was not screened pursuant to § 1915A because Plaintiff requested permission to amend the Complaint within days of filing it, and the Court granted his request. (Docs. 9-10).

Since February 19, 2016, Plaintiff has not communicated with the Court. He has not provided the Court with an updated address or filed a Second Amended Complaint.

Plaintiff is **ADVISED** that he is under a continuing obligation to keep the Clerk and each opposing party informed of any change in his address, and the Court will not independently investigate Plaintiff's whereabouts. Notification to the Court of any address change shall be made in writing no later than seven (7) days after a transfer or other change in address occurs.

Plaintiff is **ORDERED** to provide the Court with his updated address **and** a properly completed Second Amended Complaint pursuant to the Order at Document 13, within fourteen (14) days of this Order (**on or before June 3, 2016**). Failure to comply with this Order **will result in dismissal of this action with prejudice**. *See* FED. R. CIV. P. 41(b).

IT IS SO ORDERED.

DATED: May 20, 2016.

*s/J. Phil Gilbert*
J. Phil Gilbert
United States District Judge